dle District of Pennsylvania to rule on motions for summary action filed by the parties to the underlying civil action. Finding no basis for granting mandamus relief, we will deny the petition.

From a review of the District Court docket, an order disposing of the parties' summary judgment motions, as well as Toney's motion for default judgment, was entered on March 18, 2014. Accordingly, Toney's petition for writ of mandamus seeking to compel the District Court to dispose of the motions is moot. The petition for a writ of mandamus is thus denied.

**In re Joe M. TONEY, Jr., Petitioner.**

**No. 13–4751.**

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Rule 21, Fed. R.App. P.
March 6, 2014.

Opinion filed: April 4, 2014.

Joe M. Toney, Jr., Florence, CO, pro se.

Mark E. Morrison, Esq., Melissa A. Swauger, Esq., Office of United States Attorney, Harrisburg, PA, for Respondent.

Before: McKEE, Chief Judge, GARTH and SCIRICA, Circuit Judges.

OPINION

PER CURIAM.

*Pro se* petitioner, Joe Toney, has filed a mandamus petition pursuant to 28 U.S.C. § 1651, wherein he seeks to compel the United States District Court for the Mid-